AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MIGUEL HERNANDEZ-GONZALEZ | CASE NUMBER: 07CR 3225-JM |

**FILED**
NOV 2 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, MIGUEL HERNANDEZ-GONZALEZ, the above named defendant, who is accused of

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-29-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Miguel Hernadez G.*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
JUDICIAL OFFICER